John Henry VAN FLEET,
Plaintiff–Appellant,

v.

B. COLEMAN, Corporal/Corrections Officer; Corporal Moses, Corrections Officer; Donald Swetter, Medical Doctor/Medical Director; Doctor Casson, Psychologist/Mental Health Director; Doctor Shaw, Psychiatrist/Psychologist/M.H.; Doctor Omirah, Psychiatrist/Mental Health Worker; Doctor Gamachez, Social Worker/Mental Health Worker; Ms. Boone, RN/Medical Nurse; Ms. Griffin, RN/Medical Nurse; Doctor, Medical Doctor; Lieutenant Jarrell, Corrections Officer; R. Simmons, Corrections Officer; R.R. Bailey, Corporal/Corrections Officer; Sergeant Barnes, Corrections Officer; Corporal Dikon, Corrections Officer; Corporal Lemon, Corrections Officer; Corporal Powell, Corrections Officer; Corporal Steel, Corrections Officer; Corporal Grizzard, Corrections Officer; Corporal Reefer, Corrections Officer; Corporal McClone, Corrections Officer; Sergeant Eley, Corrections Officer; Corporal Lyons, Corrections Officer; Private Montgomery, Corrections Officer; Corporal Knight, Corrections Officer; Private Beasley, Corrections Officer; Private Belfield, Corrections Officer; Private Daniels, Corrections Officer; Corporal Kelley, Corrections Officer; Corporal Cholson, Corrections Officer; Mr. Wilmouth, Unit Manager; Corporal Grant, Corrections Officer; Corporal Tucker, Corrections Officer; Sergeant Ezzle, Corrections Officer; Corporal Wells, Corrections Officer; Sergeant Briggs, Corrections Officer; Private Petko, Corrections Officer; Doctor Iglesia, Medical Doctor/Physician; K. Lewis, Medical Doctor/Physician; H.P. Green, QM, Administration Staff; Mr. Moorehead, Administrations Staff; Circ Turner, Administrations Staff; Captain Gibbons, Corrections Officer, Defendants–Appellees.

No. 00–7039.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2000.

Decided Feb. 20, 2001.

John Henry Van Fleet, pro se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

## OPINION

PER CURIAM.

John Henry Van Fleet appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2000) action without prejudice for failure to pay the initial partial filing fee required under the Prison Litigation Reform Act, 28 U.S.C.A. § 1915(b)(1)(A) (West Supp.2000). On appeal, Van Fleet claims that he believed that he complied with the district court's order to pay the initial fee increment when he signed the authorization form to have his prison account debited. Because it appears that Van Fleet's omission was unintentional and because dismissal of this action will render some of Van Fleet's claims time-barred, we vacate the district court's order dismissing his action and remand this case to the district court so that Van Fleet may have a reasonable period in which to submit the partial filing fee. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*